UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:09-cv-00048-RLV

| | |
|---|---|
| BROOKS THOMAS LACKEY BROWN, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **AMENDED** |
| ) | **ORDER** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on its own motion for the purpose of amending the Court's August 31, 2012 Order (Text-Only) granting the Government's Motion for Extension of Time to File Supplemental Response to § 2255 Motion. (Doc. No. 25). The Court determined that good cause, in fact, existed to support a brief extension of time. Nonetheless, the Court now amends its August 31st Order to shorten the supplemental response period.[1]

**IT IS HEREBY ORDERED** that the United States' Supplemental Response shall be due **on or before September 20, 2012**.

Signed: September 11, 2012

Richard L. Voorhees
United States District Judge

---

[1] This civil matter is one of the oldest on the Court's docket and a twenty-day extension of time is more than generous.