# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| BROOKS THOMAS LACKEY BROWN, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:09-cv-00048-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 4, 2013, Order.

January 4, 2013

Frank G. Johns, Clerk
United States District Court